MORGAN, LEWIS & BOCKIUS LLP
Kathy H. Gao, SBN 259019
kathy.gao@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:   +1.213.612.2500
Fax:  +1.213.612.2501

Attorneys for Defendant
MONETARY MANAGEMENT OF
CALIFORNIA, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MARQUEZ,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>WH & S LLC, a California Limited Liability Company; MONETARY MANAGEMENT OF CALIFORNIA, INC., a Delaware Corporation,<br><br>　　　　　Defendants. | Case No. 8:21-cv-00071-JLS-DFM<br><br>**DEFENDANT MONETARY MANAGEMENT OF CALIFORNIA, INC.'S NOTICE OF SETTLEMENT** |

**TO THE COURT, AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

    **PLEASE TAKE NOTICE THAT**, pursuant to agreement of the parties, the above-captioned matter has been resolved. The parties anticipate filing a Stipulation of Dismissal within 60 days.

Dated: March 11, 2021        MORGAN, LEWIS & BOCKIUS LLP

By   */s/ Kathy H. Gao*
KATHY H. GAO
Attorney for Defendant
MONETARY MANAGEMENT OF CALIFORNIA, INC.