CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

MORGAN, LEWIS & BOCKIUS LLP
Kathy H. Gao, SBN 259019
kathy.gao@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501
Attorneys for Defendant
MONETARY MANAGEMENT OF
CALIFORNIA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MARQUEZ,<br><br>    Plaintiff,<br><br>v.<br><br>WH & S LLC, a California Limited Liability Company; MONETARY MANAGEMENT OF CALIFORNIA, INC., a Delaware Corporation,<br>    Defendants. | Case: 8:21-cv-00071-JLS-DFM<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

# STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed <u>without prejudice</u> as to all parties; each party to bear his/her/its own attorneys' fees and costs, and subject to reopening by any party if the settlement in principle fails to be consummated within sixty (60) days. Upon completion of the settlement documents and terms, the Parties shall file stipulation of dismissal with prejudice as to the entire matter.

Dated: April 8, 2021          CENTER FOR DISABILITY ACCESS

                              By: /s/ Amanda Seabock
                                  Amanda Seabock
                                  Attorneys for Plaintiff

Dated: April 8, 2021          MORGAN, LEWIS & BOCKIUS LLP

                              By: /s/ Kathy H. Gao
                                  Kathy H. Gao
                                  Attorneys for Defendants
                                  MONETARY MANAGEMENT OF
                                  CALIFORNIA, INC.

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Kathy H. Gao, counsel for MONETARY MANAGEMENT OF CALIFORNIA, INC., respectively, and that I have obtained Ms. Gao authorization to affix her electronic signature to this document.

Dated: April 8, 2021        CENTER FOR DISABILITY ACCESS

                            By: /s/ Amanda Seabock
                                Amanda Seabock
                                Attorneys for Plaintiff